## Commonwealth *v.* Dockins, Appellant.

Argued September 13, 1973. *David Kairys,* with him *Kairys & Rudovsky,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James J. Wilson* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Nunn, Appellant.

Submitted September 12, 1973. *Edward F. Browne, Jr.,* Assistant Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.